# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

**Name of Offender**  
Mister Allen

**Docket Number**  
0971 3:13CR00766-001 SI

**Name of Sentencing Judge:**  The Honorable Susan Illston  
Senior United States District Judge

**Date of Original Sentence:**  May 9, 2014

**Original Offense**  
Count One: Distribution and Possession With Intent to Distribute Controlled Substances Within 1,000 Feet of a School, 21 U.S.C. §§ 841 and 860, a Class B Felony

**Original Sentence:** Twelve (12) months, one day custody; six years supervised release  
**Special Conditions:** Pay $100 special assessment; drug treatment and testing; abstain from the use of all alcoholic beverages; submit to search/seizure; register as a drug offender; if unemployed, perform a minimum of 20 hours a week of community service; stay away from the area in San Francisco bordered on the west by Van Ness and South Van Ness Avenues, on the north by Geary Street, on the east by Powell Street and 5th Street, and on the south by Howard Street; DNA collection; not own or possess firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** On July 29, 2016, a Petition for Arrest Warrant for Offender Under Supervision was filed. The arrest warrant was executed on August 2, 2016. On August 3, 2016, Mr. Allen made an Initial Appearance before The Honorable Joseph C. Spero, Chief United States Magistrate Judge, and was advised of the three charges contained in the petition, which alleged the following: 1) offender committed a new law violation; 2) frequented an area where controlled substances were illegally sold, used, distributed, or administered; and 3) possessed a firearm and/or ammunition. On August 5, 2016, Mr. Allen was ordered released from custody during a detention hearing and Chief United States Magistrate Judge Spero ordered the conditions of supervision to be modified to include the two additional conditions contained herein this petition requesting the modification.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Matthew McCarthy

**Date Supervision Commenced**  
November 10, 2014  
**Defense Counsel**  
Daniel Blank (AFPD)

NDC-SUPV-FORM 12B(1)  4/6/2015

**RE:**    Allen, Mister                                                                                                                           2
         0971 3:13CR00766-001 SI

---

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

1. The defendant shall be subject to electronic monitoring. The probation officer will approve in advance times when the defendant may leave home for purposes of employment, attorney visits, probation visits, court, counseling ordered by probation, and family errands. The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the probation officer.

2. The defendant shall stay at least 100 feet away from 960 Connecticut Street, San Francisco, California.

### Cause

Mr. Allen appeared for a detention hearing on August 5, 2016, before The Honorable Joseph C. Spero, Chief United States Magistrate Judge, and was ordered released from custody. The Court's decision was based upon a joint recommendation from the parties. To ensure his appearance and compliance while on release, his conditions were modified to include home confinement with electronic monitoring and a stay away order, as proposed in this modification request.

The Court also set conditions of his release on $50,000 unsecured bond. Mr. Allen's sister, Alicia Moore, was present during the hearing and signed as a surety. As part of his bond, the defendant agreed to the following: 1) appear at all proceedings as ordered by the Court and surrender for service of any sentence imposed; 2) not commit any federal, state, or local crime; 3) not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation; 4) not possess any firearm, destructive device, or other dangerous weapon; participate in drug/alcohol counseling and submit to drug testing; and 5) maintain verifiable employment, or if unemployed, seek employment or commence an educational program.

The probation office respectfully requests the above-referenced modification to the conditions of supervised release. Mr. Allen is employed and has been responsive to the probation office. The modifications will assist in monitoring him in the community and act as a controlling intervention. The next hearing before Your Honor has been scheduled for August 19, 2016, at 11:00 a.m.


Respectfully submitted,                                        Reviewed by:

_____                                  _____
Aaron Tam                                                      Sonia Lapizco
Supervisory U.S. Probation Officer                             Supervisory U.S. Probation Officer
Date Signed: August 5, 2016

**RE:**   Allen, Mister 3
0971 3:13CR00766-001 SI

---

THE COURT ORDERS:

☑   To modify the conditions of supervision as follows:

> The defendant shall be subject to electronic monitoring. The probation officer will approve in advance times when the defendant may leave home for purposes of employment, attorney visits, probation visits, court, counseling ordered by probation, and family errands.  The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the probation officer.
>
> The defendant shall stay at least 100 feet away from 960 Connecticut Street, San Francisco, California.

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:


AUGUST 5, 2016
Date

Susan Illston
Senior United States District Judge